Entered on Docket
September 17, 2018
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 17, 2018

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ORI KATZ,
Cal. Bar No. 209561
okatz@sheppardmullin.com
MATT R. KLINGER,
Cal. Bar No. 307362
mklinger@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Facsimile:   415.434.3947

Attorneys for Creditors Wuxi Luoshe Printing and Dyeing Co., Ltd. and Zhize Huang

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>SunRock Capital, LLC,<br><br>        Debtor. | Case No. 18-30919<br><br>Chapter 7<br><br>**ORDER FOR RELIEF IN AN INVOLUNTARY CASE** |

On consideration of the *Involuntary Petition Against a Non-Individual* filed on August 21, 2018 against the above-named debtor, an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted.

***END OF ORDER***

# COURT SERVICE LIST

SunRock Capital, LLC
c/o Anshan Li
3 Waters Park Drive, Suite 213
San Mateo, CA 94403

SMRH:600213923.1