# **Exhibit A**

# EXHIBIT A-1

## DOCUMENTS TO BE PRODUCED BY:

### Peter Ning and Jeffrey Woodman

1. All documents, communication, and electronically stored in your possession, custody, or control relating to the DEBTOR (the term "DEBTOR" means Sunrock Capital LLC and includes Sunrock Industries LLC).

2. All communication with Anshan (Andy) Li or any agent of his, including any attorney hired to represent the DEBTOR.

3. Documents sufficient to identify all creditors of the DEBTOR within the last two years.

4. Documents sufficient to identify all current debtors of the DEBTOR within the last two years.

5. Documents sufficient to identify all assets of the DEBTOR within the last two years.

6. All of the DEBTOR's bank records, bank statements, and all other documents relating to the DEBTOR's bank accounts.

7. All financial information relating to the DEBTOR, including but not limited to tax returns and financial statements.

8. All documents relating to the transfer of funds between the DEBTOR and any person or entity.

# EXHIBIT A-2

## DOCUMENTS TO BE PRODUCED BY:

### Kevin Huang, CPA and Rong Fu, CPA

1. All documents, communication, and electronically stored in your possession, custody, or control relating to the DEBTOR (the term "DEBTOR" means Sunrock Capital LLC and includes Sunrock Industries LLC).

2. All communication with Anshan (Andy) Li or any agent of his, including any attorney hired to represent Mr. Li or the DEBTOR.

3. To the extent not otherwise produced, all financial information relating to the DEBTOR.

4. To the extent not otherwise produced, all financial information relating to Vantage Crown aka Vantage Crown Textile Co., Limited, and TA Home, Inc.

5. Documents sufficient to identify all creditors of the DEBTOR within the last two years.

6. Documents sufficient to identify all creditors of Vantage Crown aka Vantage Crown Textile Co., Limited and TA Home, Inc.

7. Documents sufficient to identify all current debtors of the DEBTOR within the last two years.

8. Documents sufficient to identify all current debtors of Vantage Crown aka Vantage Crown Textile Co. Limited, and TA Home, Inc.

9. Documents sufficient to identify all assets of the DEBTOR within the last two years.

10. Documents sufficient to identify all assets of Vantage Crown aka Vantage Crown Textile Co., Limited and TA Home, Inc.

11. All of the DEBTOR's bank records, bank statements, and all other documents relating to the DEBTOR's bank accounts.

12. All financial information relating to the DEBTOR, including but not limited to tax returns and financial statements.

13. All documents relating to the transfer of funds between the DEBTOR and any person

1 or entity.

# EXHIBIT A-3

## DOCUMENTS TO BE PRODUCED BY:

### Wendy (Junhua) Wang and Anshan (Andy) Li

1. All documents, communication, and electronically stored in your possession, custody, or control relating to the DEBTOR (the term "DEBTOR" means Sunrock Capital LLC and includes Sunrock Industries LLC).

2. Documents sufficient to identify all creditors of the DEBTOR, Vantage Crown aka Vantage Crown Textile Co., Limited and TA Home, Inc., and within the last two years.

3. Documents sufficient to identify all current debtors of the DEBTOR, Vantage Crown aka Vantage Crown Textile Co., Limited, and TA Home, Inc. within the last two years.

4. Documents sufficient to identify all assets of the DEBTOR, Vantage Crown aka Vantage Crown Textile Co., Limited, and TA Home, Inc. within the last two years.

5. To the extent not otherwise produced, all financial information relating to the DEBTOR, Vantage Crown aka Vantage Crown Textile Co., Limited, and TA Home, Inc.

6. All of the DEBTOR's bank records, bank statements, and all other documents relating to the DEBTOR's bank accounts.

7. All financial information relating to the DEBTOR, including but not limited to tax returns and financial statements.

8. All documents relating to the transfer of funds between the DEBTOR and any person or entity.

# EXHIBIT A-4

## DOCUMENTS TO BE PRODUCED BY:

### Wells Fargo Bank, CitiBank, Bank of America, N.A., and East West Bank

1. All signature cards for the ACCOUNTS (the term "ACCOUNTS" shall mean all accounts in the name of Sunrock Capital LLC [EIN: XX-XXXX423], including but not limited to Citibank account x6396, and all accounts in the name of Sunrock Industries LLC [EIN: XX-XXXX492], including but not limited to East West Bank account x6702).

2. Copies of all bank statements for the ACCOUNTS.

3. Copies of the front and back of all checks written on the ACCOUNTS.

14. Copies of the front and back of all checks cashed to the ACCOUNTS.

15. All information concerning any debit or credit to the ACCOUNTS.

16. All documents, including electronically stored information, evidencing all debts or credits to the ACCOUNTS.

17. All wire information for all wires received into the ACCOUNTS, including but not limited to wire transfer confirmations and authorizations.

18. All wire information for all wires sent from the ACCOUNTS, including but not limited to wire transfer confirmations and authorizations.

19. All communication with Sunrock Capital LLC, or any of its agents or officers, including without limitation, Anshan (Andy) Li, Wendy (Junhua) Wang, and Peter Ning.

20. All communication with Sunrock Industries LLC, or any of its agents or officers, including without limitation, Anshan (Andy) Li and Wendy Wang.

# EXHIBIT A-5

## DOCUMENTS TO BE PRODUCED/CATEGORIES FOR TESTIMONY:

### Amino Capital/ZPark Investment/ZPark Venture, LP

1. All documents relating to the DEBTOR (the "DEBTOR" shall mean any or all of the following: Sunrock Capital LLC, Li's Capital LLC, Sunrock Industries LLC, Anshan [Andy] Li).

2. All information concerning any debit or credit to any account maintained by YOU ("YOU" or "YOUR" shall mean the party responding to this subpoena) for the DEBTOR.

3. All documents, including electronically stored information, evidencing all debts or credits to any account maintained by YOU, or on YOUR behalf, for the DEBTOR, including complete bank account numbers.

4. All wire information for all wires received into to any account maintained by YOU, or on YOUR behalf, for the DEBTOR.

5. All wire information for all wires sent from any account maintained by YOU, or on your behalf, for the DEBTOR.

6. All communication with the DEBTOR or any representative of the DEBTOR, or any of its agents or officers, including without limitation, Anshan (Andy) Li, Wendy (Junhua) Wang, and Peter Ning.

7. Documents sufficient to show the current and historic status of the DEBTOR's investment and any distributions made out of the DEBTOR's investment.

# EXHIBIT A-6

## DOCUMENTS TO BE PRODUCED BY:

### Adrian Sawyer/Mr. Sawyer's Current Law Firm/Kerr Wagstaffe

1. All bank statements relating to the monthly salary that was/is paid to Andy Li through Sunrock Capital LLC, and/or Sunrock Industries LLC (collectively, Sunrock).

2. All documents relating to the monthly salary that was/is paid to Andy Li through Sunrock.

3. All communication relating to the monthly salary that was/is paid to Andy Li through Sunrock.